Warrant for Arrest of Defendant (Rev. 7-52)      Cr. Form No. 12

PRS:TDS:jac
P.#781,248

# United States District Court
## FOR THE
### EASTERN DISTRICT OF NEW YORK

FILED BY   KS   D.C.

**Feb 22, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

STANLEY FITZGERALD MOE,
a/k/a "STANLEY READLEY",

             Defendant.

No. 78 CR 236

To: ANY SPECIAL AGENT OF THE UNITED STATES SECRET SERVICE, AND/OR ANY UNITED STATES MARSHAL, AND/OR ANY OF HIS DEPUTIES.

You are hereby commanded to arrest    STANLEY FITZGERALD MOE    and bring him forthwith before the United States District Court for the   Eastern   District of   New York   in the city of   Brooklyn, N.Y.   ~~charging~~ him with

**FOR FAILURE TO APPEAR FOR SENTENCING BEFORE THE HONORABLE JUDGE EUGENE H. NICKERSON ON MAY 12, 1978.**

RICHARD H. WEARE

Dated at __Brooklyn, New York__

on __May 12,__ 19 __78__

By _[signature]_

                          Clerk.

                          Deputy Clerk.

Bail fixed at $ _____

### RETURN

District of          ss

Received the within warrant the     day of       19    and executed same.

By _____

---

¹ Insert designation of officer to whom the warrant is issued, e. g., "any United States Marshal or any other authorized officer"; or "United States Marshal for ___ District of ___ _____"; or "any United States Marshal"; or "any Special Agent of the Federal Bureau of Investigation"; or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation"; or "any agent of the Alcohol Tax Unit."